JCG:MJB:my

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DILKHAYOT KASIMOV,** | : | **NO. 1:24-CV-01352** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **M. ARVIZA, WARDEN, FCI** | : | **(Chief Magistrate Judge Bloom)** |
| **ALLENWOOD MEDIUM** | : | |
| **Respondent** | : | **Filed Electronically** |

## <u>MOTION FOR ENLARGEMENT</u>

Respondent respectfully ask the Court for a two-week enlargement of time pursuant to Fed. R. Civ. P. 6(b) to file objections to the Report and Recommendation. (Doc. No. 11).  In support thereof, Respondent avers as follows:

1.  Petitioner Dilkhayot Kasimov is a federal inmate confined at the Federal Correctional Institution Allenwood-Medium (FCI Allenwood-Med.), who initiated this habeas action challenging the Discipline Hearing Officer's ("DHO") findings regarding Incident Report No. 3794443, resulting in the loss of good conduct time.  *See* Doc. 1 (Pet.).

2.  Specifically, Mr. Kasimov avers that the BOP violated his Fifth Amendment right when the DHO failed to consider video surveillance evidence requested, at the disciplinary hearing .  *See* Doc. 1 at 12-16.

1

3.  Mr. Kasimov also alleged that there was insufficient evidence to sustain the assault charge and that officers retaliated against him. *Id.* at 16-19, 9.

4.  Respondent filed a response. *See* Doc. 9.

5.  Mr. Kasimov filed his traverse, in which he alleges that, at the disciplinary hearing, he requested that the hearing officer view the video surveillance, and he refused to do so. *See* Doc. 10 at 2.

6.  The Court issued its Report and Recommendation, recommending the petition be granted and that it be remanded to the DHO for further proceedings. *See* Doc. 11.

7.  Respondent is in the process of preparing objections to the Report and Recommendation but requires assistance from the Bureau of Prisons and specifically the DHO who is out of the office until April 28, 2025.

8.  Thus, Respondent respectfully ask the Court for a two-week enlargement of time, until May 6, 2025, to file objections to the Report and Recommendation.

9.  Counsel certifies that he has sought the concurrence/non-concurrence of counsel for the Petitioner but has not yet received a response.

WHEREFORE, Respondent respectfully ask the Court to grant this Motion for Enlargement of Time to allow Respondent to file objections to the Report and Recommendation on or before May 6, 2025.

Respectfully submitted,

JOHN C. GURGANUS
Acting United States Attorney

s/ Michael J. Butler
Michael J. Butler
Assistant United States Attorney
PA 81799
Maureen A. Yeager
Paralegal Specialist
U.S. Attorney's Office
1501 N. 6th Street
Harrisburg, PA  17102
Phone:  717-221-4482
Fax:  717-221-2246
Michael.J.Butler@usdoj.gov

Dated: April 22, 2025

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DILKHAYOT KASIMOV,** | : | **NO. 1:24-CV-01352** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **M. ARVIZA, WARDEN, FCI** | : | **(Chief Magistrate Judge Bloom)** |
| **ALLENWOOD MEDIUM** | : | |
| **Respondent** | : | **Filed Electronically** |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on April 22, 2025, she served a copy of the attached

**Motion for Enlargement of Time**

by electronic service pursuant to Local Rule 5.7 and Standing Order 04-6, ¶12.2 to the following individual(s):

Kathy Manley, Esquire
26 Dinmore Road
Selkirk, NY 12158
Mkathy1296@gmail.com


> s/ Maureen A. Yeager
> Maureen A. Yeager
> Paralegal Specialist