GMK:MJB:my

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DILKHAYOT KASIMOV,** | : | NO. 1:24-CV-01352 |
| Petitioner | : | |
| | : | |
| v. | : | (Kane, J.) |
| | : | (Bloom, C.M.J.) |
| **M. ARVIZA, WARDEN, FCI** | : | |
| **ALLENWOOD MEDIUM** | : | |
| Respondent | : | Filed Electronically |

## OBJECTIONS TO REPORT AND RECOMMENDATION

Pursuant to Middle District of Pennsylvania Local Rules 72.3 and 72.4, Respondent Warden Arviza objections to the April 8, 2025 Report and Recommendation (the "Report") as follows:

1. The Report mistakenly recommends that Petitioner Dilkhayot Kasimov's petition for writ of habeas corpus be granted. *See id.*

2. The Report incorrectly relies on Mr. Kasimov's post hoc request for a video that is irrelevant to his actions in his cell.

3. Alternatively, a remand is not necessary, as Respondent provides a declaration from the disciplinary hearing officer providing that the Mr. Kasimov never requested a video review and even if he did the video would show nothing exculpatory. *See* 04/29/2025 Declaration of David Lupotsky, DHO (Ex. 1) ¶¶ 14, 23-24.

WHEREFORE, This Court should sustain the objection and deny the instant petition.

        Respectfully submitted,

        JOHN C. GURGANUS
        Acting United States Attorney

        s/ *Michael J. Butler*
        Michael J. Butler
        Assistant United States Attorney
        PA 81799
        Maureen A. Yeager
        Paralegal Specialist
        U.S. Attorney's Office
        1501 N. 6th Street
        Harrisburg, PA   17102
        Phone:  717-221-4482
        Fax:   717-221-2246
Dated: May 6, 2025        Michael.J.Butler@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DILKHAYOT KASIMOV,** | : | NO. 1:24-CV-01352 |
| Petitioner | : | |
| | : | (Kane, J.) |
| v. | : | (Bloom, C.M.J.) |
| | : | |
| **M. ARVIZA, WARDEN, FCI** | : | |
| **ALLENWOOD MEDIUM** | : | |
| Respondent | : | Filed Electronically |

## CERTIFICATE OF SERVICE VIA ECF

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on May 6, 2025, she served a copy of the attached

## OBJECTIONS TO REPORT AND RECOMMENDATION

by electronic service pursuant to Local Rule 5.7 and Standing Order 04-6, ¶12.2 to the following individual(s):

Kathy Manley, Esquire
26 Dinmore Road
Selkirk, NY 12158
Mkathy1296@gmail.com

The Honorable Daryl F. Bloom
Chief Magistrate Judge


                                                  s/ Maureen Yeager
                                                Maureen Yeager
                                                Paralegal Specialist