**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DILKHAYOT KASIMOV, | : | |
| Petitioner | : | No. 1:24-cv-01352 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| M. ARVIZA, WARDEN, FCI | : | (Chief Magistrate Judge Bloom) |
| ALLENWOOD MEDIUM, | : | |
| Respondent | : | |

## ORDER

Before the Court in the above-captioned action is the March 18, 2026 Report and Recommendation of Chief Magistrate Judge Bloom (Doc. No. 19) recommending that the Court deny the petition for writ of habeas corpus (Doc. No. 1) filed by Dilkhayot Kasimov ("Petitioner") because it fails to state a violation of Petitioner's procedural and substantive due process rights.  No objections to the Report and Recommendation have been filed.

**AND SO**, on this 15th day of April 2026, upon independent review of the record and applicable law, **IT IS ORDERED THAT**:

1.   The Court **ADOPTS** the Report and Recommendation (Doc. No. 19) of Chief Magistrate Judge Bloom;

2.   Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DENIED**; and

3.   The Clerk of Court is directed to **CLOSE** the case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania